UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERNEST JOE COX,**

   Plaintiff,

v.                                              No. 4:23-CV-0063-P

**SHUT UP AND LAUGH PUBLISHING, LLC
ET AL.,**

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued as required by Federal Rules of Civil Procedure 55 and 58. In accordance with the Court's Order Granting Plaintiff's Motion for Default Judgment (ECF No. 14):

It is **ORDERED, ADJUDGED, and DECREED** that default judgment is entered against all Defendants in the above-captioned action. Plaintiff is entitled to recover all judgment amounts outlined in the Court's Order. *See* ECF No. 14.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **8th day of August 2023.**

*[Signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE